IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60083
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RICHARD TIMOTHY ROBINSON,
a/k/a Richard Thomas Robinson,
a/k/a Richard Timothy Robinson,
and a/k/a Richard T. Cody,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:94-CR-98-BN
- - - - - - - - - -
June 27, 1996
Before HIGGINBOTHAM, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for Richard Timothy Robinson has
filed a brief in compliance with Anders v. California, 386 U.S.
738 (1967), and we have independently reviewed the brief and the
record and found no nonfrivolous issue.  Accordingly, counsel is
excused from further responsibilities herein and the APPEAL IS
DISMISSED.

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.